Richard C. FOY, Plaintiff-Appellant,

v.

UNITED STATES of America; Barack Hussein Obama, Past President of the United States of America; US Department of Justice; US Federal Communication Commission, Defendants-Appellees.

No. 17-2238

United States Court of Appeals, Fourth Circuit.

Submitted: December 21, 2017

Decided: December 27, 2017

Richard C. Foy, Appellant Pro Se.

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard C. Foy appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Foy v. United States*, No. 5:17-cv-00080-D, 2017 WL 3611746 (E.D.N.C. Aug. 21, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*